No. 02–6192.  DANIELS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–6195.  TODD v. STEGALL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–6201.  STANTON v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 02–6202.  QUINONEZ v. GARCIA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–6208.  POLLARD v. GALAZA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–6209.  MORID v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6215.  HAYES v. NEAL, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02–6218.  BECKWITH v. BELLSOUTH TELECOMMUNICATIONS, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–6221.  FIGMAN v. SPRINT.  C. A. 4th Cir.  Certiorari denied.

No. 02–6236.  MORENO v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 02–6243.  GENTRY v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 02–6249.  WILLIAMS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–6262.  EVANS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–6269.  MEESE v. WALLER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–6277.  WHITED v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.